```
First Data Corporation
5565 Glenridge Connector
Atlanta, GA  30342-4756


John and Monica Micera
20 Spring Hill Rd
Mendham, NJ  07945-2805


King Moench Hirniak & Mehta, LLP
51 Gibraltar Dr Ste 2F
Morris Plains, NJ  07950-1254


Melissa and Sammy Lui
35 Stratton Dr
Wayne, NJ  07470-3986


Ronald and Susan Ribnick
15 Exeter Ln
Morristown, NJ  07960-6382


Saint Clare's Hospital
PO Box 536598
Pittsburgh, PA  15253-5907
```