UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

Order Filed on February 4, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian Conlon

Case No.: 19-32903

Adv. No.:

Hearing Date: 2/4/2020

Judge: SLM

**Order Granting Leave to Withdraw as Counsel**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 4, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Marvin Michael Jones, by and through counsel, Scott J. Goldstein, Esq. seeking an Order pursuant to DNJ LBR 9010-2, DNJ L.Civ.R. 102.1 and RPC 1.16 granting leave for Scott J. Goldstein, Esq. and the Law Offices of Scott J. Goldstein, LLC to withdraw as counsel to the Debtor in this action, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Counsel's motion is hereby granted.

2. The applicant, Scott J. Goldstein, Esq. and Law Offices of Scott J. Goldstein, LLC are hereby granted leave to withdraw as counsel in this matter

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Conlon  
    Debtor

Case No. 19-32903-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 04, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.  
db          Brian Conlon,    6 Darlington Dr,    Rockaway, NJ   07866-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2020 at the address(es) listed below:
         Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
    alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    Quicken Loan Inc. dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
         Scott J. Goldstein    on behalf of Debtor Brian   Conlon sjg@sgoldsteinlaw.com,
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         Steven P. Kartzman    on behalf of Debtor Brian   Conlon kartztee@optonline.net,
    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman     kartztee@optonline.net,
    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 6