Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−32903−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Conlon
   fdba KPC Design and Build LLC, fdba
   Triton Pools, Inc.
   6 Darlington Dr
   Rockaway, NJ 07866−4523

Social Security No.:
   xxx−xx−8491

Employer's Tax I.D. No.:
   26−4119325

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Susan S. Long on behalf of Brian Conlon.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self−represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 3/24/20
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: March 4, 2020
JAN:

Jeanne Naughton
Clerk

Case 19-32903-SLM    Doc 23    Filed 03/06/20    Entered 03/07/20 00:32:16    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Conlon  
    Debtor

Case No. 19-32903-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: Mar 04, 2020  
                      Form ID: 170      Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.

```
db              Brian Conlon,    6 Darlington Dr,    Rockaway, NJ 07866-4523
aty            +Denise Carleton,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518609512       Alex Khalil,    52 Geiger Ln,    Warren, NJ 07059-6948
518609516       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518609518       Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
518609519       Amex,    PO Box 981537,    El Paso, TX 79998-1537
518609520     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238)
518609521       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
518609522       Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
518609523       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518609524       Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
518609525       Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518609529      +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
518609531       Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
518609532       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518609533       Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO 63179-0441
518609536       DeMarco & DeMarco, Esqs.,    912 Belmont Ave,    Haledon, NJ 07508-2550
518609540       Donnelly Minter & Kelly, LLC,    163 Madison Ave Ste 320,    Morristown, NJ 07960-7324
518654099       First Data Corporation,    5565 Glenridge Connector,    Atlanta, GA  30342-4756
518609544      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518610145      +John Micera,    20 Spring Hill Road,    Mendham, NJ 07945-2805
518609542       John and Monica Micera,    20 Spring Hill Rd,    Mendham, NJ 07945-2805
518654101       King Moench Hirniak & Mehta, LLP,    51 Gibraltar Dr Ste 2F,    Morris Plains, NJ  07950-1254
518609548       Marcelo Vazquez and Kathy Vazquez,    51 W Main St,    Mendham, NJ 07945-1223
518610178      +Marcelo and Kathy Vazquez,    51 West Main Street,    Mendham, NJ 07945-1223
518610183      +Melissa Lui,    35 Stratton Drive,    Wayne, NJ 07470-3986
518609549       Melissa and Sammy Lui,    35 Stratton Dr,    Wayne, NJ 07470-3986
518609550       Miller & Miller,    466 Southern Blvd,    Chatham, NJ 07928-1462
518609551       Paul and Jill Kohner,    9 Magnolia Ct,    Succasunna, NJ 07876-2109
518609552      +Peter Falivene,    96 Rippling Brook Way,    Bernardsville, NJ 07924-2036
518610157      +Peter and Kara Falivene,    96 Rippling Brook Way,    Bernardsville, NJ 07924-2036
518654103       Ronald and Susan Ribnick,    15 Exeter Ln,    Morristown, NJ 07960-6382
518609563     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518654104       Saint Clare’s Hospital,    PO Box 536598,    Pittsburgh, PA  15253-5907
518609557      +Salvatore Caligiuri,    197 Elmwood Dr,    Parsippany, NJ 07054-3007
518609558      +Santander Bank, N.A.,    Attn: Legal Department,    200 Liberty Street, 17th Floor,
                 New York, NY 10281-2104
518609559      +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
518609560       Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
518609561       Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
518609846      +Santander Consumer USA,    PO Box 961275,    Fort Worth, TX 76161-0275
518609564      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
518609565       Thrift Investment Corporation,    Attn: Bankruptcy,    PO Box 538,    Fords, NJ 08863-0538
518609568      #Triton Pools,    165 US Highway 46,    Rockaway, NJ 07866-4019
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518609513       E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 23:38:29      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518609514       E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 23:38:29      Ally Financial,
                 Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN 55438-0901
518609515       E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 23:38:29      Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
518609528       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 23:41:29
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
518609526       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 23:40:21      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518609527      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 23:41:48
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518609534       E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 23:40:27      Credit One Bank,
                 ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0312-2          User: admin             Page 2 of 3              Date Rcvd: Mar 04, 2020
                              Form ID: 170            Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518609535      E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 23:40:29      Credit One Bank NA,
               PO Box 98872,    Las Vegas, NV 89193-8872
518609539      E-mail/Text: mrdiscen@discover.com Mar 04 2020 23:38:32      Discover Financial,
               Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
518609537      E-mail/Text: mrdiscen@discover.com Mar 04 2020 23:38:32      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
518609538      E-mail/Text: mrdiscen@discover.com Mar 04 2020 23:38:32      Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
518609541      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 23:38:50      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
518609530      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 23:40:20      Chase Card Services,
               Attn: Bankruptcy,    PO Box 15298,   Wilmington, DE 19850-5298
518609543      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 23:40:54      Jpmcb Card,
               PO Box 15369,    Wilmington, DE 19850-5369
518609545      E-mail/Text: krivera@leadersfc.com Mar 04 2020 23:38:26      Leaders Financial Comp,
               21 Commerce Dr Fl 1,    Cranford, NJ 07016-3550
518609546      E-mail/Text: krivera@leadersfc.com Mar 04 2020 23:38:26      Leaders Financial Company,
               ATTN: Bankruptcy,    21 Commerce Dr Ste 101,    Cranford, NJ 07016-3519
518609547      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 23:41:06      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518609553      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 23:41:37
               Portfolio Recovery Associates, LLC,    c/o Jetblue Card,    POB 41067,   Norfolk VA 23541
518609554      E-mail/Text: bankruptcyteam@quickenloans.com Mar 04 2020 23:39:36      Quicken Loans,
               Attn: Bankruptcy,    1050 Woodward Ave,   Detroit, MI 48226-1906
518609555      E-mail/Text: bankruptcyteam@quickenloans.com Mar 04 2020 23:39:36      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
518609556     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 04 2020 23:39:36      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
518609566     +E-mail/Text: marisa.sheppard@timepayment.com Mar 04 2020 23:39:21      Timepayment Corp,
               1600 District Ave Ste 20,    Burlington, MA 01803-5233
518609567      E-mail/Text: marisa.sheppard@timepayment.com Mar 04 2020 23:39:21      Timepayment Corp, LLC.,
               Attn: Bankruptcy,    1600 District Ave Ste 200,    Burlington, MA 01803-5233
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518609517*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518654100*      John and Monica Micera,    20 Spring Hill Rd,   Mendham, NJ   07945-2805
518654102*      Melissa and Sammy Lui,    35 Stratton Dr,   Wayne, NJ   07470-3986
518609562*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                Page 3 of 3                  Date Rcvd: Mar 04, 2020
                               Form ID: 170               Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:

          Andrew M. Lubin   on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

          Denise E. Carlon   on behalf of Creditor   Quicken Loan Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Steven P. Kartzman   on behalf of Debtor Brian  Conlon kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

          Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

          Steven P. Kartzman   kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

          Susan S. Long   on behalf of Debtor Brian  Conlon susan@susanlonglaw.com

          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                       TOTAL: 7