SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, L
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David E. Sklar, Esq.
dsklar@scura.com
*Counsel for Alex and Monica Khalil*

**Order Filed on March 13, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No. 19-32903 (SLM) |
| BRIAN CONLON, | Chapter 7 |
| Debtor. | Hon. Stacey L. Meisel |

**CONSENT ORDER ENLARGING TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF THE DEBT OWED TO ALEX AND MONICA KHALIL UNDER 11 U.S.C. § 523, TO FILE A MOTION TO DISMISS THE DEBTOR'S BANKRUPTCY CASE UNDER 11 U.S.C. § 707(B) OR (C), AND TO FILE OBJECTION TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page numbered two is hereby ORDERED.

**DATED: March 13, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court upon the application of Alex and Monica Khalil (the "Creditors") seeking entry of a consent order extending the time for the Creditors to file a complaint objecting to the dischargability of the debt owed to them by the Debtor Brian Conlon (the "Debtor"), to file a motion to dismiss the Debtor's Bankruptcy Case, and to file a complaint objecting to the discharge of the Debtor; and the Court having taken notice of the consent of the parties, by and through their respective counsel, to the form and entry of this order,

**IT IS ORDERED.**

The time within which the Creditors may file a complaint objecting to the dischargeability of the debt owed to them by the Debtor under 11 U.S.C. § 523, a motion to dismiss the Debtor's Bankruptcy Case Under 11 U.S.C. § 707 (b) or (c), and a complaint objecting to the discharge of the Debtor under §727 of the Bankruptcy Code is hereby enlarged and extended pursuant to Rules 1017(e), 4004(b) and 4007(c) of the Federal Rules of Bankruptcy Procedure from March 13, 2020 through and including May 12, 2020.

The parties hereby consent to the terms and entry of the above consent order.

| | |
|---|---|
| **The Law Offices of Susan S. Long**<br>4 East Ridgewood Avenue, Suite 2<br>Ridgewood, New Jersey 07450<br>Counsel for Brian Conlon | **Scura, Wigfield, Heyer, Stevens &<br>Cammarota, LLP**<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Counsel for Alex and Monica Khalil |

By: /s/ Susan S. Long            By: /s/ David E. Sklar

     Susan S. Long, Esq.             David E. Sklar, Esq.

Dated: 03/06/20               Dated: 03/09/20

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-32903-SLM
Brian Conlon                                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Mar 13, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             Brian Conlon,   6 Darlington Dr,   Rockaway, NJ  07866-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          David E. Sklar    on behalf of Creditor Alex and Monica   Khalil dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
           otify.bestcase.com;agouveia@scura.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loan Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven P. Kartzman    on behalf of Debtor Brian   Conlon kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          Susan S. Long    on behalf of Debtor Brian   Conlon susan@susanlonglaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8