Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.:  19−32903−SLM
                                          Chapter:  7
                                          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Conlon
   fdba KPC Design and Build LLC, fdba
   Triton Pools, Inc.
   6 Darlington Dr
   Rockaway, NJ 07866−4523

Social Security No.:
   xxx−xx−8491

Employer's Tax I.D. No.:
   26−4119325

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/1/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 2, 2020
JAN: ntp

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-32903-SLM
Brian Conlon                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                Page 1 of 3            Date Rcvd: Apr 02, 2020
                            Form ID: 148               Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
```
db              Brian Conlon,    6 Darlington Dr,    Rockaway, NJ 07866-4523
aty            +Denise Carleton,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518609512       Alex Khalil,    52 Geiger Ln,    Warren, NJ 07059-6948
518609525       Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518609532       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518609533       Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO 63179-0441
518609536       DeMarco & DeMarco, Esqs.,    912 Belmont Ave,    Haledon, NJ 07508-2550
518609540       Donnelly Minter & Kelly, LLC,    163 Madison Ave Ste 320,    Morristown, NJ 07960-7324
518654099       First Data Corporation,    5565 Glenridge Connector,    Atlanta, GA 30342-4756
518609544      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518610145      +John Micera,    20 Spring Hill Road,    Mendham, NJ 07945-2805
518609542       John and Monica Micera,    20 Spring Hill Rd,    Mendham, NJ 07945-2805
518654101       King Moench Hirniak & Mehta, LLP,    51 Gibraltar Dr Ste 2F,    Morris Plains, NJ 07950-1254
518609548       Marcelo Vazquez and Kathy Vazquez,    51 W Main St,    Mendham, NJ 07945-1223
518610178      +Marcelo and Kathy Vazquez,    51 West Main Street,    Mendham, NJ 07945-1223
518610183      +Melissa Lui,    35 Stratton Drive,    Wayne, NJ 07470-3986
518609549       Melissa and Sammy Lui,    35 Stratton Dr,    Wayne, NJ 07470-3986
518609550       Miller & Miller,    466 Southern Blvd,    Chatham, NJ 07928-1462
518609551       Paul and Jill Kohner,    9 Magnolia Ct,    Succasunna, NJ 07876-2109
518609552      +Peter Falivene,    96 Rippling Brook Way,    Bernadsville, NJ 07924-2036
518610157      +Peter and Kara Falivene,    96 Rippling Brook Way,    Bernardsville, NJ 07924-2036
518654103       Ronald and Susan Ribnick,    15 Exeter Ln,    Morristown, NJ 07960-6382
518609563     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518654104       Saint Clare's Hospital,    PO Box 536598,    Pittsburgh, PA 15253-5907
518609557      +Salvatore Caligiuri,    197 Elmwood Dr,    Parsippany, NJ 07054-3007
518609559      +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
518609558      +Santander Bank, N.A.,    Attn: Legal Department,    200 Liberty Street, 17th Floor,
                 New York, NY 10281-2104
518609564      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
518609565       Thrift Investment Corporation,    Attn: Bankruptcy,    PO Box 538,    Fords, NJ 08863-0538
518609568      #Triton Pools,    165 US Highway 46,    Rockaway, NJ 07866-4019
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518609513       EDI: GMACFS.COM Apr 03 2020 06:13:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518609514       EDI: GMACFS.COM Apr 03 2020 06:13:00      Ally Financial,    Attn: Bankruptcy Dept,
                 PO Box 380901,    Bloomington, MN 55438-0901
518609515       EDI: GMACFS.COM Apr 03 2020 06:13:00      Ally Financial,    200 Renaissance Ctr # B0,
                 Detroit, MI 48243-1300
518609516       EDI: BECKLEE.COM Apr 03 2020 06:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518609518       EDI: AMEREXPR.COM Apr 03 2020 06:13:00      Amex,    Correspondence/Bankruptcy,    PO Box 981540,
                 El Paso, TX 79998-1540
518609519       EDI: AMEREXPR.COM Apr 03 2020 06:13:00      Amex,    PO Box 981537,    El Paso, TX 79998-1537
518609520       EDI: BANKAMER.COM Apr 03 2020 06:13:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238
518609521       EDI: BANKAMER.COM Apr 03 2020 06:13:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
518609522       EDI: BANKAMER.COM Apr 03 2020 06:13:00      Bankamerica,    4909 Savarese Cir,
                 Tampa, FL 33634-2413
518609524       EDI: TSYS2.COM Apr 03 2020 06:13:00      Barclays Bank Delaware,    Attn: Correspondence,
                 PO Box 8801,    Wilmington, DE 19899-8801
518609523       EDI: TSYS2.COM Apr 03 2020 06:13:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
518609528       EDI: CAPITALONE.COM Apr 03 2020 06:13:00      Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
518609529      +EDI: CHRM.COM Apr 03 2020 06:13:00      CCAP Auto Lease Ltd.,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
518609526       EDI: CAPITALONE.COM Apr 03 2020 06:13:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518609527      +EDI: AIS.COM Apr 03 2020 06:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2           User: admin                 Page 2 of 3                  Date Rcvd: Apr 02, 2020
                               Form ID: 148                Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518609531      EDI: CHRM.COM Apr 03 2020 06:13:00      Chrysler Capital,   PO Box 961275,
                Fort Worth, TX 76161-0275
518609534      E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 02:53:00      Credit One Bank,
                ATTN: Bankruptcy Department,   PO Box 98873,   Las Vegas, NV 89193-8873
518609535      E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 02:54:51      Credit One Bank NA,
                PO Box 98872,   Las Vegas, NV 89193-8872
518609539      EDI: DISCOVER.COM Apr 03 2020 06:13:00      Discover Financial,   Attn: Bankruptcy Department,
                PO Box 15316,   Wilmington, DE 19850-5316
518609537      EDI: DISCOVER.COM Apr 03 2020 06:13:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
518609538      EDI: DISCOVER.COM Apr 03 2020 06:13:00      Discover Fin Svcs LLC,   PO Box 15316,
                Wilmington, DE 19850-5316
518609541      EDI: IRS.COM Apr 03 2020 06:13:00      Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
518609530      EDI: JPMORGANCHASE Apr 03 2020 06:13:00      Chase Card Services,   Attn: Bankruptcy,
                PO Box 15298,   Wilmington, DE 19850-5298
518609543      EDI: JPMORGANCHASE Apr 03 2020 06:13:00      Jpmcb Card,   PO Box 15369,
                Wilmington, DE 19850-5369
518609545      E-mail/Text: krivera@leadersfc.com Apr 03 2020 02:48:03      Leaders Financial Comp,
                21 Commerce Dr Fl 1,   Cranford, NJ 07016-3550
518609546      E-mail/Text: krivera@leadersfc.com Apr 03 2020 02:48:03      Leaders Financial Company,
                ATTN: Bankruptcy,   21 Commerce Dr Ste 101,   Cranford, NJ 07016-3519
518609547      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 02:54:57      LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518609553      EDI: PRA.COM Apr 03 2020 06:13:00      Portfolio Recovery Associates, LLC,   c/o Jetblue Card,
                POB 41067,   Norfolk VA 23541
518609554      E-mail/Text: bankruptcyteam@quickenloans.com Apr 03 2020 02:49:34      Quicken Loans,
                Attn: Bankruptcy,   1050 Woodward Ave,   Detroit, MI 48226-1906
518609555      E-mail/Text: bankruptcyteam@quickenloans.com Apr 03 2020 02:49:34      Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
518609556     +E-mail/Text: bankruptcyteam@quickenloans.com Apr 03 2020 02:49:34      Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
518609561      EDI: DRIV.COM Apr 03 2020 06:13:00      Santander Consumer USA,   Attn: Bankruptcy,
                PO Box 961245,   Fort Worth, TX 76161-0244
518609560      EDI: DRIV.COM Apr 03 2020 06:13:00      Santander Consumer USA,   PO Box 961245,
                Fort Worth, TX 76161-0244
518609846     +EDI: CHRM.COM Apr 03 2020 06:13:00      Santander Consumer USA,   PO Box 961275,
                Fort Worth, TX 76161-0275
518609566     +E-mail/Text: marisa.sheppard@timepayment.com Apr 03 2020 02:49:26      Timepayment Corp,
                1600 District Ave Ste 20,   Burlington, MA 01803-5233
518609567      E-mail/Text: marisa.sheppard@timepayment.com Apr 03 2020 02:49:26      Timepayment Corp, LLC.,
                Attn: Bankruptcy,   1600 District Ave Ste 200,   Burlington, MA 01803-5233
                                                                                               TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518609517*     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
518654100*     John and Monica Micera,   20 Spring Hill Rd,   Mendham, NJ  07945-2805
518654102*     Melissa and Sammy Lui,   35 Stratton Dr,   Wayne, NJ  07470-3986
518609562*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                           TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Apr 02, 2020
                              Form ID: 148             Total Noticed: 68
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

```
         Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
         David E. Sklar    on behalf of Creditor Alex and Monica   Khalil dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
          otify.bestcase.com;agouveia@scura.com
         Denise E. Carlon    on behalf of Creditor    Quicken Loan Inc. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Steven P. Kartzman    on behalf of Debtor Brian   Conlon kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
         Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
         Susan S. Long    on behalf of Debtor Brian   Conlon susan@susanlonglaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```