UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUSAN STANLEY LONG, ESQ. (SL2268)
The Law Offices of Susan S. Long
4 East Ridgewood Avenue, Suite 2
Ridgewood, New Jersey 07450
(201) 661-3451
ATTORNEY FOR THE DEBTOR

Order Filed on April 1, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN CONLON

Case No.: 19-32903

Hearing Date: March 24, 2020

Judge: SLM

Chapter: 7

Recommended Local Form: ☑ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____the DEBTOR, BRIAN CONLON,_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Conlon  
    Debtor

Case No. 19-32903-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Apr 02, 2020 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db        Brian Conlon,   6 Darlington Dr,   Rockaway, NJ   07866-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

      Andrew M. Lubin   on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
      David E. Sklar   on behalf of Creditor Alex and Monica  Khalil dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com  
      Denise E. Carlon   on behalf of Creditor   Quicken Loan Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Steven P. Kartzman   on behalf of Debtor Brian  Conlon kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
      Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
      Steven P. Kartzman   kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net  
      Susan S. Long   on behalf of Debtor Brian  Conlon susan@susanlonglaw.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 8