Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19–32903–SLM
                              Chapter:  7
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian Conlon
    fdba KPC Design and Build LLC, fdba
    Triton Pools, Inc.
    6 Darlington Dr
    Rockaway, NJ 07866–4523

Social Security No.:
    xxx–xx–8491

Employer's Tax I.D. No.:
    26–4119325

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 5, 2020</u>                      <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court